UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. YOUNG, | No. 2:24-cv-0361 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| R. EHLERS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for an extension of time to pay the filing fee. ECF No. 9. Although the undersigned recommended that plaintiff's motion to proceed in forma pauperis be denied and he be required to pay the filing fee in full (ECF No. 5), the findings and recommendations are still pending review by the assigned district judge. As a result, plaintiff is not currently required to pay the filing fee. In the event the findings and recommendations are adopted, plaintiff will be given a deadline to pay the filing fee at that time. Plaintiff is also advised that the Clerk's Office will not accept partial payments of the filing fee. In order to be accepted, plaintiff must submit a check for the entire $405.00.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 9) is DENIED as moot.

DATED: March 11, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE