UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. YOUNG,<br><br>            Plaintiff,<br><br>    v.<br><br>R. EHLERS, et al.,<br><br>            Defendants. | No.  2:24-cv-0361 DJC AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2024, the Magistrate Judge filed findings and recommendations herein which recommended that Plaintiff's application to proceed in forma pauperis be denied and that Plaintiff be required to pay the entire $405.00 in required fees.  ECF No. 5.  The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections were to be filed within fourteen days.  *Id*. at 4.  Plaintiff has filed objections to the findings and recommendations in which he objects to the requirement that he pay the filing fee at one time because he has sent it out in payments of $350.00 and $55.00.  ECF Nos. 7, 8.  However, Plaintiff has now paid the filing fee in full.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 304, this Court has conducted a *de novo* review of this case.  Having carefully
3 reviewed the entire file, the Court finds the findings and recommendations to be
4 supported by the record and by proper analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1.  The findings and recommendations (ECF No. 5) are adopted in full;
7    2.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied;
8    3.  This matter is referred back to the assigned Magistrate Judge for all further
9 pretrial proceedings.

   IT IS SO ORDERED.

Dated:   **March 28, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

youn0361.804