IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE YOUNG,** | 2:24-cv-0361 DJC AC |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **EHLERS, et al.,** | |
| Defendants. | |

    On May 28, 2025, the Court, through the Court's E-service pilot program, directed service of process of the summons and Plaintiff Eddie Young's Complaint on Defendants R. Hunter, J. Curtis, R. Ehlers, N. Rodriguez, R. Valine, D. Heinkel, D. Buchholz and T. Beatty. (ECF No. 17.) The Attorney General's Office (AGO) was directed to file a waiver of service on behalf of the Defendants with a deadline of August 6, 2025. (*Id.*)

    On August 6, 2025, the AGO appearing specially on behalf of Defendants R. Hunter, J. Curtis, R. Ehlers, N. Rodriguez, R. Valine, D. Heinkel, D. Buchholz and T. Beatty filed a Request for Extension of Time to File the Waiver of Service of Process. The AGO requested an extension on the grounds that the AGO has been unable to determine whether it will be representing

1  Defendants R. Hunter, J. Curtis, R. Ehlers, N. Rodriguez, R. Valine, D. Heinkel, D. Buchholz and
2  T. Beatty.
3      Good cause appearing, the Court **GRANTS** the Request for Extension of Time to File
4  Waiver of Service of Process and continues the deadline to file the waiver of service on behalf of
5  Defendants R. Hunter, J. Curtis, R. Ehlers, N. Rodriguez, R. Valine, D. Heinkel, D. Buchholz and
6  T. Beatty to **September 8, 2025,** and extends the time to file a responsive pleading on behalf of
7  all defendants to**, October 6, 2025**.
8      **IT IS SO ORDERED**.

Dated: August 7, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE